1  THE SPIVAK LAW FIRM
   DAVID G. SPIVAK (SB# 179684)
2  david@spivaklaw.com
   CAROLINE TAHMASSIAN (SB# 285680)
3  caroline@spivaklaw.com
   9454 Wilshire Blvd., Ste 303
4  Beverly Hills, CA 90212
   Telephone: 1(310) 499-4730
5  Facsimile: 1(310) 499-4739

6  UNITED EMPLOYEES LAW GROUP
   WALTER HAINES (SB# 71075)
7  walter@whaines.com
   5500 Bolsa Ave, Suite 201
8  Huntington Beach, CA 92649
   Telephone: 1(888) 474-7242
9  Facsimile: 1(562) 256-1006

10

11 Attorneys for Plaintiff
   DEBRA BORG, and all others similarly situated

12 (attorneys for Defendant listed on next page)

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 DEBRA BORG, on behalf of herself, and       No. 15-CV-01531-VC
17 all others similarly situated,
                                               **STIPULATION OF DISMISSAL AND**
18            Plaintiff,                        [~~PROPOSED~~] **ORDER**

19      vs.

20 ADVANTAGE SALES & MARKETING
   LLC, a California limited liability
21 company; and DOES 1 through 50,
   inclusive,
22
              Defendant.
23

24

25

26

27

28

1

2  PAUL HASTINGS LLP
   LESLIE L. ABBOTT (SB# 155597)
3  leslieabbott@paulhastings.com
   CHRIS A. JALIAN (SB# 295564)
4  chrisjalian @paulhastings.com
   515 South Flower Street
5  Twenty-Fifth Floor
   Los Angeles, CA 90071-2228
6  Telephone: 1(213) 683-6000
   Facsimile: 1(213) 627-0705
7
   Attorneys for Defendant
8  ADVANTAGE SALES & MARKETING LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## STIPULATED REQUEST FOR DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Debra Borg and defendant Advantage Sales & Marketing, LLC, acting through their respective counsel of record, hereby stipulate that plaintiff's individual claims be DISMISSED WITH PREJUDICE, and that the putative class claims asserted in this action be DISMISSED WITHOUT PREJUDICE, each side to bear its own costs and attorneys' fees.

IT IS SO STIPULATED AND AGREED.

DATED: June 30, 2015

PAUL HASTINGS LLP
LESLIE L. ABBOTT
CHRIS A. JALIAN


By:     /s/ Chris A. Jalian
        CHRIS A. JALIAN

Attorneys for Defendant
ADVANTAGE SALES & MARKETING LLC

DATED: June 30, 2015

THE SPIVAK LAW FIRM
DAVID G. SPIVAK
CAROLINE TAHMASSIAN

UNITED EMPLOYEES LAW GROUP
WALTER HAINES


By:
        DAVID G. SPIVAK

Attorneys for Plaintiff
DEBRA BORG

**Filer's Attestation:** Pursuant to Local Rule 5-1(i), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

DATED: June 30, 2015

Respectfully submitted,


By:     /s/ Chris A. Jalian
        CHRIS A. JALIAN

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
NO. 15-CV-01531-VC

1       PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

2

   DATED: July 1, 2015

3

4                               Honorable Vince Chhabria
                                United States District Judge

5                               Northern District of California

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28